# ALABAMA COURT OF CRIMINAL APPEALS



January 12, 2024

**CR-2023-0219**

Stephen Dewayne Brewer v. State of Alabama (Appeal from Winston Circuit Court: CC-05-157.60)

## <u>NOTICE</u>

You are hereby notified that on January 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk